**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| ANTHONY A. PRICE, | : | PRISONER CIVIL RIGHTS |
| JID 1077334, | : | 42 U.S.C. § 1983 |
|    Plaintiff, | : | |
| | : | |
|    v. | : | CIVIL ACTION NO. |
| | : | 1:17-CV-42-WSD-CMS |
| SHERIFF TED JACKSON, et al., | : | |
|    Defendants. | : | |

**FINAL REPORT AND RECOMMENDATION**

On January 10, 2017, I ordered Fulton County Jail detainee Anthony A. Price "either to (1) pay the cases initiation fees or (2) submit a fully-completed [*in forma pauperis*] application . . . within twenty-one (21) days." [2] at 1 (emphasis removed).  To assist Price, I directed the Clerk of the Court to send him a copy of this Court's *in forma pauperis* application form.  *See id.*  And I cautioned Price that "failure to . . . comply fully with any lawful order [might] result in dismissal of this case."  *Id.* at 2 (citing LR 41.3A(2), NDGa.).

As of February 10, 2017, however, Price has neither paid the case initiation fees due, nor submitted an *in forma pauperis* application.

Accordingly, I **RECOMMEND** that this case be **DISMISSED WITHOUT PREJUDICE** for failure to comply with a lawful court order.

2

I **DIRECT** the Clerk to terminate the referral of this case to me.

**SO   RECOMMENDED   AND   DIRECTED**,   this   10th   day   of
February, 2017.


CATHERINE M. SALINAS
UNITED STATES MAGISTRATE JUDGE